CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:      (202) 514-3495
Facsimile:       (202) 616-8470
E-mail:           scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>                Plaintiff,<br>     v.<br><br>DONALD J. TRUMP, *et al*.,<br><br>                Defendants. | No. 5:17-cv-00574-WHO<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

PLEASE TAKE NOTICE that W. Scott Simpson, United States Department of Justice, Washington, D.C., hereby enters his appearance as counsel for the defendants.  All pleadings, notices, and orders sent by United States mail should be addressed as follows:

>W. Scott Simpson
>Federal Programs Branch, Room 7210
>Civil Division, Department of Justice
>Post Office Box 883
>Washington, D.C. 20044

Notice of Appearance – Defendants
No. 5:17-cv-00574-WHO

1

Any packages for delivery should be directed to Mr. Simpson at the following address (this address should not, however, be used for U.S. mail):

>W. Scott Simpson
>Federal Programs Branch, Room 7210
>Civil Division, Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530

Dated: February 24, 2017

>Respectfully submitted,
>
>CHAD A. READLER
>Acting Assistant Attorney General
>
>BRIAN STRETCH
>United States Attorney
>
>JOHN R. TYLER
>Assistant Director
>
>/s/ W. Scott Simpson
>_____
>W. SCOTT SIMPSON (Va. Bar #27487)
>Senior Trial Counsel
>
>Attorneys, Department of Justice
>Civil Division, Room 7210
>Federal Programs Branch
>Post Office Box 883
>Washington, D.C. 20044
>Telephone:  (202) 514-3495
>Facsimile:  (202) 616-8470
>E-mail:     scott.simpson@usdoj.gov
>
>COUNSEL FOR DEFENDANTS
>DONALD J. TRUMP, President of the
>United States; JOHN F. KELLY, Secretary of
>Homeland Security; JEFFERSON B.
>SESSIONS, III, Attorney General of
>the United States; MICK MULVANEY,
>Director of the Office of Management and
>Budget