UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br>Plaintiff,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 17-cv-00574-WHO<br><br>**ORDER REGARDING AMICUS BRIEFING** |

The Court has received inquiries about procedures and preferences with respect to requests for leave to file amicus briefs regarding plaintiff's motion for a preliminary injunction, currently set for hearing on April 5, 2017. Persons wishing to file an amicus brief shall:

- File an administrative motion for leave to file an amicus brief, including as an attachment the amicus brief;
- File all administrative motions and attached amicus briefs on or before **March 22, 2017**;
- Include in the administrative motion for leave: (A) a concise statement of the identity of the amicus curiae; (B) the movant's interest; and (C) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the issues before the Court;
- Not file a proposed amicus brief in excess of twelve (12) pages in length;
- File all documents electronically through the court's Electronic Case Filing system. That will require any attorneys signing the motions and briefs to be or become ECF Users and be assigned user IDs and passwords for access to the system. Forms and instructions can be found on the Court's website at ecf.cand.uscourts.gov;

Attorneys admitted to practice and in good standing in any United States District Court are hereby authorized to file a motion for leave to file an amicus brief and the attached amicus brief. An application to appear by pro hac vice for this limited purpose is not required and the requirements of Northern District of California Local Rule 11-3 are waived, including assistance of local counsel.

1   The Court will take the administrative motions for leave under submission and, if granted,
2   will consider the briefs.  Amici curie will not be allowed to address the Court during the oral
3   argument on the motion for a preliminary injunction, absent further order from the Court.
4   **IT IS SO ORDERED.**
5   Dated: February 24, 2017

_____
William H. Orrick
United States District Judge

2