UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 17-cv-00574-WHO<br><br>**ORDER RESETTING HEARING DATES** |

A hearing on the County of Santa Clara's Motion for Preliminary Injunction is currently set for April 5, 2017. A hearing on the City and County of San Francisco's Motion for Preliminary Injunction in the related case *City and County of San Francisco v. Trump*, No. 17-cv-00485-WHO, is set for April 12, 2017. There is substantial overlap in the issues raised by the Motions in these two related cases. For the convenience of the court and for the parties, the hearings will be combined and specially set to be heard at **2:00 p.m. on April 14, 2017**.

The hearing set by Proposed Intervenors, Young Women's Christian Association of Silicon Valley, filed in *County of Santa Clara v. Trump*, No. 17-cv-00485-WHO, for April 5, 2017, is VACATED. If a hearing is necessary, it will be set at a later time. In the meantime, I will consider the briefing for that motion in the same manner as I consider the amicus briefs that have been filed in the two related cases.

**IT IS SO ORDERED.**

Dated: March 28, 2017

William H. Orrick
United States District Judge