CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:     (202) 514-3495
Facsimile:      (202) 616-8470
E-mail:          scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Defendants. | No. 3:17-cv-00574-WHO<br><br>**STIPULATION AND ORDER** |

　　　WHEREAS, the United States Attorney's office was served with the complaint in this action on February 7, 2017, so that defendants' response to the complaint is currently due April 10, 2017;

　　　WHEREAS, the plaintiff has filed a motion for preliminary injunction, which is currently scheduled for oral argument on April 5, 2017;

　　　AND WHEREAS, the defendants require additional time to prepare their response to the complaint, particularly in light of the timing of the argument on plaintiff's motion;

1  NOW THEREFORE, the parties hereby stipulate that defendants' response to the
2  plaintiff's complaint shall be filed no later than May 1, 2017, and respectfully request that the
3  Court so order.

4  Respectfully submitted,

| | |
|---|---|
| OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA | CHAD A. READLER<br>Acting Assistant Attorney General |
| /s/ James R. Williams | BRIAN STRETCH<br>United States Attorney |
| JAMES R. WILLIAMS, County Counsel<br>70 West Hedding Street<br>East Wing, Ninth Floor<br>San Jose, CA 95110-1770<br>Telephone:  (408) 299-5900<br>Facsimile:  (408) 292-7240<br>E-mail:  james.williams@cco.sccgov.org | JOHN R. TYLER<br>Assistant Director<br><br>/s/ W. Scott Simpson<br><br>W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel |
| KEKER, VAN NEST & PETERS LLP | Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Federal Programs Branch<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone:  (202) 514-3495<br>Facsimile:  (202) 616-8470<br>E-mail:  scott.simpson@usdoj.gov |
| /s/ John W. Keker | |
| JOHN W. KEKER | |
| 633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) (397-7188<br>Email:  jkeker@keker.com | |
| COUNSEL FOR PLAINTIFF<br>COUNTY OF SANTA CLARA | COUNSEL FOR DEFENDANTS<br>DONALD J. TRUMP, President of the United States; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States; MICK MULVANEY, Director of the Office of Management and Budget |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2017

/s/ William H. Orrick

WILLIAM H. ORRICK
United States District Judge

Stipulation and Order
No. 5:17-cv-00574-WHO

2