CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:	(202) 514-3495
Facsimile:	(202) 616-8470
E-mail:	scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | No. 3:17-cv-00574-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER** |

　　　WHEREAS, this action challenges the constitutionality of Section 9 of Executive Order 13,768 and seeks to enjoin its enforcement (Doc. 1);

　　　WHEREAS, the Court entered an Order on April 7, 2017, enlarging the time for defendants to respond to plaintiff's Complaint from April 10 to May 1, 2017 (Doc. 89);

　　　WHEREAS, the Court entered an Order on April 25, 2017, preliminarily enjoining Section 9(a) of the Executive Order (Doc. 98);

1  WHEREAS, defendants require additional time to assess the impact of the Court's Order
2  of April 25 on their response to the Complaint;

3  WHEREAS, defendants have indicated to the plaintiff that they are not considering
4  seeking a stay of the Court's Order of April 25 at the present time;

5  WHEREAS, defendants intend to raise the issue of their deadline to respond to the
6  Complaint during the Case Management Conference currently scheduled for May 2, 2017;

7  AND WHEREAS, the plaintiff is presently willing to defer defendants' time to respond to
8  the Complaint for one week, and will consider a further extension of time in the event that
9  defendants confirm that they will not seek a stay of the Court's Order of April 25;

10  NOW THEREFORE, the parties hereby stipulate that defendants' response to the
11  plaintiff's Complaint shall be filed no later than May 8, 2017, and respectfully request that the
12  Court so order, subject to further stipulation or Court order.

13  Respectfully submitted,

| | |
|---|---|
| OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA | CHAD A. READLER<br>Acting Assistant Attorney General |
| /s/ James W. Williams | BRIAN STRETCH<br>United States Attorney |
| JAMES R. WILLIAMS, County Counsel<br>70 West Hedding Street<br>East Wing, Ninth Floor<br>San Jose, CA 95110-1770<br>Telephone:   (408) 299-5900<br>Facsimile:    (408) 292-7240<br>E-mail:    james.williams@cco.sccgov.org | JOHN R. TYLER<br>Assistant Director<br><br>/s/ W. Scott Simpson |
| KEKER, VAN NEST & PETERS LLP | W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel |
| /s/ Cody S. Harris | Attorneys, Department of Justice<br>Civil Division, Room 7210<br>Federal Programs Branch<br>Post Office Box 883<br>Washington, D.C. 20044<br>Telephone:   (202) 514-3495<br>Facsimile:    (202) 616-8470<br>E-mail:    scott.simpson@usdoj.gov |
| CODY S. HARRIS | |
| 633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400<br>Facsimile:    (415) (397-7188<br>Email:    jkeker@keker.com | |
| COUNSEL FOR PLAINTIFF<br>COUNTY OF SANTA CLARA | COUNSEL FOR DEFENDANTS |

2

Stipulation and [Proposed] Order
No. 5:17-cv-00574-WHO

DONALD J. TRUMP, President of the United States; JOHN F. KELLY, Secretary of Homeland Security; JEFFERSON B. SESSIONS, III, Attorney General of the United States; MICK MULVANEY, Director of the Office of Management and Budget

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2017

_____
WILLIAM H. ORRICK
United States District Judge

3

Stipulation and [Proposed] Order
No. 5:17-cv-00574-WHO