CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:      (202) 514-3495
Facsimile:      (202) 616-8470
E-mail:          scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br>    Plaintiff,<br>v.<br><br>DONALD J. TRUMP, *et al*.,<br>    Defendants. | No. 3:17-cv-00485-WHO |
| COUNTY OF SANTA CLARA,<br>    Plaintiff,<br>v.<br><br>DONALD J. TRUMP, *et al*.,<br>    Defendants. | No. 3:17-cv-00574-WHO |
| CITY OF RICHMOND,<br>    Plaintiff,<br>v.<br><br>DONALD J. TRUMP, *et al*.,<br>    Defendants. | No. 3:17-cv-01535-WHO<br><br>**STIPULATION AND ORDER** |

1   WHEREAS, defendants' response to the First Amended Complaint in *City & County of*

2   *San Francisco v. Trump, et al*., No. 3:17-cv-00485-WHO, is currently due May 5, 2017, pursuant

3   to the Court's Order of May 1, 2017 (Doc. 86);

4   WHEREAS, defendants' response to the Complaint in *County of Santa Clara v. Trump, et*

5   *al*., No. 3:17-cv-00574-WHO, is currently due May 8, 2017, pursuant to the Court's Order of

6   May 1, 2017 (Doc. 101);

7   WHEREAS, defendants' response to the Complaint in *City of Richmond v. Trump, et al*.,

8   No. No. 3:17-cv-01535-WHO, is currently due May 26, 2017, based on the date of service upon

9   the United States Attorney's office;

10   WHEREAS, on April 25, 2017, the Court granted motions for preliminary injunction in

11   *City & County of San Francisco v. Trump, et al*. (Doc. 82) and *County of Santa Clara v. Trump,*

12   *et al*. (Doc. 98);

13   AND WHEREAS, defendants have not filed a motion to stay the Court's Order of April

14   25, 2017;

15   NOW THEREFORE, the parties hereby stipulate and agree as follows, and respectfully

16   request that the Court so order:

17   1.  Defendants' response to the First Amended Complaint in *City & County of San*

18   *Francisco v. Trump, et al*., No. 3:17-cv-00485-WHO, shall be filed no later than June 6, 2017;

19   2.  Defendants' response to the Complaint in *County of Santa Clara v. Trump, et al*., No.

20   3:17-cv-00574-WHO, shall be filed no later than June 7, 2017;

21   3.  Defendants' response to the Complaint in *City of Richmond v. Trump, et al*., No. No.

22   3:17-cv-01535-WHO, shall be filed no later than June 8, 2017; and

23   4.  If defendants file a motion to stay the Court's Order of April 25, 2017, they shall not

24   argue that the status of the district court proceedings, including that defendants have not yet

25   responded to the complaints, or that a motion to dismiss is pending, is a factor favoring a stay.

26   Respectfully submitted,

27   DENNIS J. HERRERA (CA Bar #139669)        CHAD A. READLER
    City Attorney                             Acting Assistant Attorney General

28

JESSE C. SMITH (CA Bar #122517)
Chief Assistant City Attorney

RONALD P. FLYNN (CA Bar #184186)
Chief Deputy City Attorney

YVONNE R. MERÉ (CA Bar #173594)
Chief of Complex and Affirmative Litigation

/s/ Mollie M. Lee
_____
CHRISTINE VAN AKEN (CA Bar #241755)
TARA M. STEELEY (CA Bar #231775)
MOLLIE M. LEE (CA Bar #251404)
SARA J. EISENBERG (CA Bar #269303)
MATTHEW S. LEE (CA Bar #295247)
NEHA GUPTA (CA Bar #308864)
Deputy City Attorneys

City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:      (415) 554-4748
Facsimile:      (415) 554-4715
E-Mail:      brittany.feitelberg@sfgov.org

COUNSEL FOR PLAINTIFF
CITY AND COUNTY OF SAN
FRANCISCO

* * *

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

/s/ James R. Williams
_____
JAMES R. WILLIAMS, County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
Telephone:      (408) 299-5900
Facsimile:      (408) 292-7240
E-mail:      james.williams@cco.sccgov.org

KEKER, VAN NEST & PETERS LLP

/s/ John W. Keker
_____
JOHN W. KEKER

633 Battery Street
San Francisco, CA 94111-1809

BRIAN STRETCH
United States Attorney

JOHN R. TYLER
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:      (202) 514-3495
Facsimile:      (202) 616-8470
E-mail:      scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

DONALD J. TRUMP, President of the
United States; UNITED STATES OF
AMERICA; JOHN F. KELLY, Secretary of
Homeland Security; JEFFERSON B.
SESSIONS, III, Attorney General of the
United States in *City & County of San
Francisco v. Trump, et al*., No. 3:17-cv-
00485-WHO

DONALD J. TRUMP, President of the
United States; JOHN F. KELLY, Secretary
of Homeland Security; JEFFERSON B.
SESSIONS, III, Attorney General of
the United States; MICK MULVANEY,
Director of the Office of Management and
Budget in *County of Santa Clara v. Trump,
et al*., No. 3:17-cv-00574-WHO

DONALD J. TRUMP, President of the
United States; JOHN F. KELLY, Secretary
of Homeland Security; JEFFERSON B.
SESSIONS, III, Attorney General of the
United States; and UNITED STATES

Stipulation and Order                                        3
No. 3:17-cv-00485/00574/01535-WHO

1 Telephone: (415) 391-5400   OF AMERICA in *City of Richmond v.*
 Facsimile: (415) (397-7188  *Trump, et al.*, No. No. 3:17-cv-01535-WHO
2 Email:  jkeker@keker.com

3 COUNSEL FOR PLAINTIFF
 COUNTY OF SANTA CLARA
4
     * * *
5
 /s/ Nancy L. Fineman
6
 _____
 JOSEPH W. COTCHETT (SBN 36324)
7 jcotchett@cpmlegal.com
 NANCY L. FINEMAN (SBN 124870)
8 nfineman@cpmlegal.com
 ALEXANDRA P. SUMMER (SBN 266485)
9 asummer@cpmlegal.com
 CAMILO ARTIGA-PURCELL (SBN 273229)
10 cartigapurcell@cpmlegal.com
 BRIAN DANITZ (SBN 247403)
11 bdanitz@cpmlegal.com
 COTCHETT, PITRE & McCARTHY, LLP
12 San Francisco Airport Office Center
 840 Malcolm Road, Suite 200
13 Burlingame, CA 94010
 Telephone: (650) 697-6000
14 Facsimile: (650) 697-0577

15 BRUCE REED GOODMILLER (SBN 121491)
 Bruce_goodmiller@ci.richmond.ca.us
16 RACHEL H. SOMMOVILLA (SBN 231529)
 rachel_sommovilla@ci.richmond.ca.us
17 CITY OF RICHMOND
 450 Civic Center Plaza
18 P.O. Box 4046
 Richmond, CA 94804
19 Telephone: (510) 620-6509
 Facsimile: (510) 620-6518
20
 COUNSEL FOR PLAINTIFF
21 CITY OF RICHMOND

22

23 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24
 Dated: May 9, 2017
25

26 _____
 WILLIAM H. ORRICK
27 United States District Judge

28

 Stipulation and Order    4
 No. 3:17-cv-00485/00574/01535-WHO

1162834.01