CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Telephone:     (202) 514-3495
Facsimile:      (202) 616-8470
E-mail:          scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
*(See signature page for parties represented.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>                  Plaintiff,<br><br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                  Defendants. | No. 3:17-cv-00574-WHO<br><br>**DEFENDANTS' NOTICE OF FILING** |

Submitted as Attachment 1 hereto is the proposed order for Defendants' Motion for Leave to File a Motion for Reconsideration of the Court's Order of April 25, 2017 (Doc. 108).  Also submitted, as Attachment 2, is the proposed order for the Motion for Reconsideration (Doc. 108-2) accompanying the Motion for Leave.

Dated:  May 23, 2017

                                        Respectfully submitted,

                                        CHAD A. READLER
                                        Acting Assistant Attorney General

Defendants' Notice of Filing
No. 3:17-cv-00574-WHO

1

2          BRIAN STRETCH
           United States Attorney
3
           JOHN R. TYLER
4          Assistant Director

5          /s/ W. Scott Simpson

6          _____
           W. SCOTT SIMPSON (Va. Bar #27487)
7          Senior Trial Counsel

8          Attorneys, Department of Justice
           Civil Division, Room 7210
9          Federal Programs Branch
           Post Office Box 883
10         Washington, D.C. 20044
           Telephone:   (202) 514-3495
11         Facsimile:   (202) 616-8470
           E-mail:      scott.simpson@usdoj.gov
12

13         COUNSEL FOR DEFENDANTS
           DONALD J. TRUMP, President of the
14         United States; JOHN F. KELLY, Secretary of
           Homeland Security; JEFFERSON B.
15         SESSIONS, III, Attorney General of
           the United States; MICK MULVANEY,
16         Director of the Office of Management and
           Budget
17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Notice of Filing
No. 5:17-cv-00574-WHO