| | |
|---|---|
| OFFICE OF THE COUNTY COUNSEL<br>COUNTY OF SANTA CLARA<br>JAMES R. WILLIAMS - # 271253<br>County Counsel<br>james.williams@cco.sccgov.org<br>GRETA S. HANSEN - # 251471<br>L. JAVIER SERRANO - # 252266<br>DANIELLE L. GOLDSTEIN - # 257486<br>KAVITA NARAYAN - # 264191<br>JULIE WILENSKY - # 271765<br>JULIA B. SPIEGEL - # 292469<br>ADRIANA L. BENEDICT - # 306936<br>70 West Hedding Street<br>East Wing, Ninth Floor<br>San Jose, CA  95110-1770<br>Telephone:     408 299-5900<br>Facsimile:     408 292-7240 | KEKER, VAN NEST & PETERS LLP<br>JOHN W. KEKER - # 49092<br>jkeker@keker.com<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>DANIEL PURCELL - # 191424<br>dpurcell@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>EDWARD A. BAYLEY - # 267532<br>ebayley@keker.com<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 |

ATTORNEYS FOR PLAINTIFF COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>  Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States of America, JOHN F. KELLY, in his official capacity as Secretary of the United States Department of Homeland Security, JEFFERSON B. SESSIONS, in his official capacity as Attorney General of the United States, JOHN MICHAEL "MICK" MULVANEY, in his official capacity as Director of the Office of Management and Budget, and DOES 1-50,<br><br>  Defendants. | Case No. 17-cv-00574-WHO<br><br>**PLAINTIFF COUNTY OF SANTA CLARA'S MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:       July 12, 2017<br>Time:       2:00 p.m.<br>Dept:       Courtroom 2, 17th Floor<br>Judge:      Hon. William Orrick<br><br>Date Filed: February 3, 2017<br><br>Trial Date: April 23, 2018 |

Pursuant to Civil Local Rule 7-3(d), Plaintiff County of Santa Clara ("the County") respectfully asks the Court for leave to file a Surreply in response to Defendants' Reply in Support of Defendants' Motion to Dismiss (Dkt. 136).

Defendants' reply brief makes assertions that are directly contradicted by congressional testimony recently provided by Department of Homeland Security officials regarding the meaning and scope of Executive Order 13768 and the "sanctuary jurisdictions" that order targets. Defendants' reply brief also contains representations that stand at odds with recent official statements made by President Trump. All of these statements are subject to judicial notice, and the County intends to raise them at the hearing on defendants' motion. To provide the Court with the benefit of these public and binding statements before the hearing, the County seeks leave to file a short surreply, highlighting the statements and attaching transcripts for the Court's review. The County believes this information will aid the Court in deciding the issues presented. *See In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 3:14-CV-02510, 2014 WL 7206620, at *1 n.2 (N.D. Cal. Dec. 18, 2014) (granting leave to file a surreply "in the interests of completeness and judicial efficiency"). The County's proposed surreply is attached hereto as Attachment A.

If the Court is disinclined to allow the County to file a surreply, then, in the alternative, the County requests that the Court take judicial notice of the documents attached as Exhibits A through D to the proposed surreply brief. Those documents, which consist of official White House press releases and transcripts of congressional testimony, are subject to judicial notice, and the Court may consider them when deciding defendants' motion to dismiss. *See Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988) ("[I]t is proper for the district court to take judicial notice of matters of public record outside the pleadings and consider them for purposes of the motion to dismiss."); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (judicially noticing information contained on a government website); *321 Studios v. Metro Goldwin Mayer Studios, Inc.*, 307 F. Supp. 2d 1085, 1107 (judicially noticing records from congressional hearings "because they are the types of documents for which the accuracy cannot reasonably be questioned."); Fed. R. Evid. 201(b)(2); *see also* Fed. R. Evid. 201(c)(2) (mandating

that the court "must take judicial notice if a party requests it and the court is supplied with the necessary information").

Dated:  July 6, 2017                                                           OFFICE OF THE COUNTY COUNSEL,
                                                                                                COUNTY OF SANTA CLARA


                                                                        By:   /s/ *James R. Williams*
                                                                                JAMES R. WILLIAMS
                                                                                GRETA S. HANSEN
                                                                                L. JAVIER SERRANO
                                                                                DANIELLE L. GOLDSTEIN
                                                                                KAVITA NARAYAN
                                                                                JULIE WILESNSKY
                                                                                JULIA B. SPIEGEL
                                                                                ADRIANA L. BENEDICT

                                                                                Attorneys For Plaintiff COUNTY OF
                                                                                SANTA CLARA

Dated:  July 6, 2017                                                           KEKER, VAN NEST & PETERS LLP


                                                                        By:   /s/ *John W. Keker*
                                                                                JOHN W. KEKER
                                                                                ROBERT A. VAN NEST
                                                                                DANIEL PURCELL
                                                                                CODY S. HARRIS
                                                                                NICHOLAS S. GOLDBERG
                                                                                EDWARD A. BAYLEY

                                                                                Attorneys For Plaintiff COUNTY OF
                                                                                SANTA CLARA