1  CHAD A. READLER
   Acting Assistant Attorney General
2  BRIAN STRETCH
   United States Attorney
3  JOHN R. TYLER
   Assistant Director
4  W. SCOTT SIMPSON (Va. Bar #27487)
   Senior Trial Counsel
5  Department of Justice, Room 7210
   Civil Division, Federal Programs Branch
6  Post Office Box 883
7  Washington, D.C.  20044
   Telephone:     (202) 514-3495
8  Facsimile:     (202) 616-8470
   E-mail:        scott.simpson@usdoj.gov
9  COUNSEL FOR DEFENDANTS
10 *(See signature page for parties represented.)*

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15 CITY AND COUNTY OF SAN          **STIPULATION AND [PROPOSED]**
   FRANCISCO,                      **ORDER REGARDING DEADLINE**
16              Plaintiff,         **TO ANSWER**
               v.
17

18 DONALD J. TRUMP, *et al.*,      No. 3:17-cv-00485-WHO
                Defendants.
19

20 COUNTY OF SANTA CLARA,
               Plaintiff,
21             v.

22 DONALD J. TRUMP, *et al.*,      No. 3:17-cv-00574-WHO
                Defendants.
23

24

25      WHEREAS, in its Order of July 20, 2017, the Court directed the defendants to answer the

26 complaints in these actions within twenty days, providing a deadline of August 9, 2017 (SF Dkt.

27 No. 146; SC Dkt. No. 145);

28

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO

1       WHEREAS, undersigned counsel for the defendants will be on long-planned personal

2   travel on August 7 and 8, 2017;

3       WHEREAS, the defendants have found that they require additional time to prepare

4   answers to the complaints;

5       NOW THEREFORE, the parties hereby stipulate and agree as follows, and respectfully

6   request that the Court so order:

7       Defendants' answers to the complaints in the above-captioned actions shall be filed no

8   later than August 16, 2017.

9                      Respectfully submitted,

10  DENNIS J. HERRERA (CA Bar #139669)          CHAD A. READLER
    City Attorney                               Acting Assistant Attorney General

11

12  JESSE C. SMITH (CA Bar #122517)             BRIAN STRETCH
    Chief Assistant City Attorney               United States Attorney

13  RONALD P. FLYNN (CA Bar #184186)
    Chief Deputy City Attorney                  JOHN R. TYLER

14                                              Assistant Director

15  YVONNE R. MERÉ (CA Bar #173594)
    Chief of Complex and Affirmative Litigation /s/ W. Scott Simpson

16  /s/ Mollie M. Lee                           W. SCOTT SIMPSON (Va. Bar #27487)

17  _____            Senior Trial Counsel
    CHRISTINE VAN AKEN (CA Bar #241755)

18  TARA M. STEELEY (CA Bar #231775)            Attorneys, Department of Justice
    MOLLIE M. LEE (CA Bar #251404)              Civil Division, Room 7210

19  SARA J. EISENBERG (CA Bar #269303)          Federal Programs Branch
    MATTHEW S. LEE (CA Bar #295247)             Post Office Box 883

20  NEHA GUPTA (CA Bar #308864)                 Washington, D.C. 20044
    Deputy City Attorneys                       Telephone:      (202) 514-3495

21                                              Facsimile:      (202) 616-8470
    City Hall, Room 234                         E-mail:         scott.simpson@usdoj.gov

22  1 Dr. Carlton B. Goodlett Place
    San Francisco, California 94102-4602

23  Telephone:      (415) 554-4748              COUNSEL FOR DEFENDANTS
    Facsimile:      (415) 554-4715

24  E-Mail:         brittany.feitelberg@sfgov.org DONALD J. TRUMP, President of the
                                                United States; UNITED STATES OF

25  COUNSEL FOR PLAINTIFF                       AMERICA; JOHN F. KELLY, Secretary of
    CITY AND COUNTY OF SAN                      Homeland Security; JEFFERSON B.

26  FRANCISCO                                   SESSIONS, III, Attorney General of the
                                                United States in *City & County of San*

27                    * * *

28                                              2

*Francisco v. Trump, et al.*, No. 3:17-cv-00485-WHO

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

/s/ James R. Williams

_____
JAMES R. WILLIAMS, County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
Telephone:     (408) 299-5900
Facsimile:     (408) 292-7240
E-mail:     james.williams@cco.sccgov.org

KEKER, VAN NEST & PETERS LLP

/s/ John W. Keker

_____
JOHN W. KEKER

633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
Email:     jkeker@keker.com

COUNSEL FOR PLAINTIFF
COUNTY OF SANTA CLARA

DONALD J. TRUMP, President of the
United States; JOHN F. KELLY, Secretary
of  Homeland Security; JEFFERSON B.
SESSIONS, III, Attorney General of
the United States; MICK MULVANEY,
Director of the Office of Management and
Budget in *County of Santa Clara v. Trump,
et al.*, No. 3:17-cv-00574-WHO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2017

_____
WILLIAM H. ORRICK
United States District Judge

3

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO

<u>ATTESTATION OF SIGNATURES</u>

I, W. Scott Simpson, hereby attest, pursuant to Local Civil Rule 5-1(*i*)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
COUNSEL FOR DEFENDANTS

Stipulation and [Proposed] Order
No. 3:17-cv-00485/00574-WHO