# EXHIBIT H

Home Moments Search Twitter Have an account? Log in

**Donald J. Trump**
@realDonaldTrump

Follow

Miami-Dade Mayor drops sanctuary policy. Right decision. Strong!

**Miami-Dade mayor orders jails to comply with Trump crackdown on 'sanctua…**
Fearing federal government cuts under President Trump, Miami-Dade Mayor Carlos Gimenez ordered the county's corrections department to detain illegal immigrants...
miamiherald.com

3:53 PM - 26 Jan 2017

**24,738** Retweets **111,888** Likes

16K 25K 112K

© 2017 Twitter About Help Center Terms Privacy policy Cookies Ads info

