UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 17-cv-00574-WHO<br><br>**JUDGMENT** |

Judgment is entered in favor of plaintiff County of Santa Clara and against the defendants in accordance with the November 20, 2017 Order Granting Motion for Summary Judgment (Dkt. No. 182) and a nationwide permanent injunction enjoining Section 9(a) of the Executive Order entitled "Enhancing Public Safety in the Interior of the United States, Exec. Order No. 13,768, 82 Fed. Reg. 8799 (Jan. 25, 2017) is entered in accordance with that Order.

**IT IS SO ORDERED.**

Dated: November 22, 2017



William H. Orrick
United States District Judge