CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
JOHN R. TYLER
Assistant Director
W. SCOTT SIMPSON (Va. Bar #27487)
Senior Trial Counsel
Department of Justice, Room 7210
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C.  20530
Telephone:   (202) 514-3495
Facsimile:    (202) 616-8470
E-mail:         scott.simpson@usdoj.gov
COUNSEL FOR DEFENDANTS
DONALD J. TRUMP, President of the
United States; KIRSTJEN M. NIELSEN,
Secretary of Homeland Security;
JEFFERSON B. SESSIONS, III, Attorney
General of the United States; MICK
MULVANEY, Director of the Office of
Management and Budget

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>             Plaintiff,<br><br>       v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>             Defendants. | No. 3:17-cv-00574-WHO<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that the defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Motion for Summary Judgment dated November 20, 2017 (Docket No. 182), and from this Court's Judgment dated November 22, 2017 (Docket No. 183).

Dated:  December 13, 2017

Defendants' Notice of Appeal
No. 3:17-cv-00574-WHO

|   |   |
|---|---|
| 1 |   |
| 2 | Respectfully submitted, |
| 3 | CHAD A. READLER<br>Acting Assistant Attorney General |
| 4 |   |
| 5 | BRIAN STRETCH<br>United States Attorney |
| 6 |   |
| 7 | JOHN R. TYLER<br>Assistant Director |
| 8 | /s/ W. Scott Simpson |
| 9 | _____ |
| 10 | W. SCOTT SIMPSON (Va. Bar #27487)<br>Senior Trial Counsel |
| 11 | Attorneys, Department of Justice |
| 12 | Civil Division, Room 7210<br>Federal Programs Branch |
| 13 | 20 Massachusetts Avenue, NW<br>Washington, D.C. 20530 |
| 14 | Telephone:  (202) 514-3495<br>Facsimile:   (202) 616-8470 |
| 15 | E-mail:       scott.simpson@usdoj.gov |
| 16 | COUNSEL FOR DEFENDANTS |