```
                    UNITED STATES COURT OF APPEALS              FILED
                          FOR THE NINTH CIRCUIT              FEB 26 2018
                                                          MOLLY C. DWYER, CLERK
                                                          U.S. COURT OF APPEALS
```

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | No. 17-16886 |
| Plaintiff - Appellee, | D.C. No. 3:17-cv-00485-WHO |
| v. | U.S. District Court for Northern California, San Francisco |
| DONALD J. TRUMP, President of the United States; et al., | **MANDATE** |
| Defendants - Appellants. | |

| | |
|---|---|
| COUNTY OF SANTA CLARA, | No. 17-16887 |
| Plaintiff - Appellee, | D.C. No. 3:17-cv-00574-WHO |
| v. | U.S. District Court for Northern California, San Francisco |
| DONALD J. TRUMP, President of the United States; et al., | |
| Defendants - Appellants. | |

The judgment of this Court, entered January 04, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7